IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICHARD MOORE                                                                                          PLAINTIFF

VS.                                                               CIVIL ACTION NO. 1:13CV00094-MPM-JMV

CHRISTOPHER EPPS, ET AL.                                                                     DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated April 2, 2014, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated April 2, 2014, is hereby approved and adopted as the opinion of the Court.

2. That Defendants **Christopher Epps, Gail Davis, Tiffany Harrison, Randy Hayes, and Robert Robinson** are hereby dismissed with prejudice. Additionally, Moore's claims for violation of his right to due process under the Fifth and Fourteenth Amendments and his claims for denial of medical treatment are also dismissed with prejudice. Moore's claims against Brand Huffman, Blake East, and Jimmy Simmons will be allowed to proceed.

**THIS**, the 12th day of May, 2014.

/s/ MICHAEL P. MILLS
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI